JODI SIEGNER, Bar No. 102884
jsiegner@deconsel.com
DeCARLO & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California 90071-1706
Telephone: (213) 488-4100
Telecopier: (213) 488-4180

Attorneys for Plaintiffs, Carpenters Southwest
Administrative corporation, formerly known as Carpenters
Southern California Administrative Corporation,

Issued Notice of Renewal to Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHERN CALIFORNIA ADMINISTRATIVE CORPORATION, a California California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN TERRANCE QUARLES, individually and as co-partner of UNIMAX CONSTRUCTION, also doing business as PRECISION BUILDERS; KEVIN ORLANDO QUARLES, individually and as co-partner of UNIMAX CONSTRUCTION, also doing business as PRECISION BUILDERS; RAFER ODELL QUARLES, individually and as co-partner UNIMAX CONSTRUCTION, also doing business PRECISION BUILDERS, a partnership, etc., et al.<br><br>Defendant(s). | CASE NO. CV 99-2281 ABC(CWx)<br><br>[PROPOSED] RENEWAL OF JUDGMENT BY CLERK |

The judgment debtors, KEVIN ORLANDO QUARLES, individually and as co-partner of UNIMAX CONSTRUCTION, also doing business as PRECISION BUILDERS, RAFER ODELL QUARLES individually and as co-partner

UNIMAX CONSTRUCTION, also doing business as PRECISION BUILDERS, UNIMAX CONSTRUCTION, a partnership, and PRECISION BUILDERS, a partnership ("DEFENDANTS"), having judgment entered against them on April 10, 2000 and renewed on June 25, 2007;

NOW, upon application of CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, formerly known as CARPENTERS SOUTHERN CALIFORNIA ADMINISTRATIVE CORPORATION, ("CSAC"), and upon declaration that DEFENDANTS have failed to pay the total amount of said judgment; and that DEFENDANTS are indebted to CSAC.

Judgment against DEFENDANTS, be renewed for an audit and in the amount of $30,918.58 and that CSAC recover as follows:

Judgment as entered:

| | | | |
|---|---|---|---:|
| a. | Principal | $ | 18,708.69 |
| b. | Judgment interest | $ | 983.18 |
| c. | Costs | $ | 0.00 |
| d. | Attorney Fees | $ | 1,722.52 |
| Subtotal (Judgment as entered) | | $ | 21,414.39 |
| e. | Less credits after judgment | $ | 0.00 |
| f. | Interest after judgment computed from April 10, 2000 through June 19, 2007 at 6.17% ($3.67 per day) | $ | 9,504.19 |
| Subtotal (Judgment as renewed) | | $ | 30,918.58 |
| g. | Less credits after judgment | $ | 0.00 |

///
///
///
///

2

|   |   |   |   |
|---|---|---|---|
| h. | Interest after judgment computed from June 25, 2007 through March 27, 2017 at 4.95% ($6.48 per day) | | $ 18,499.99 |
| i. | Subtotal | | $ 49,418.57 |
| j. | Costs after judgment | | $ 0.00 |

GRAND TOTAL .................................................................................... $49,418.57

DATED: 4/18/17

B. Moss
DEPUTY CLERK
UNITED STATES DISTRICT COURT

Presented by:

DeCARLO & SHANLEY,
A Professional Corporation

BY: /s/ Jodi Siegner
JODI SIEGNER
Attorneys For Judgment Creditor,
Carpenters Southwest Administrative
corporation, formerly known as Carpenters
Southern California Administrative Corporation

3

**PROOF OF SERVICE (By Mail)**
(Carpenters v. Jonathan Terrance Quarles, etc.,)
(USDC Case No. CV 99-2281 ABC(CWx))

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is: DeCARLO & SHANLEY, a Professional Corporation, 533 S. Fremont Avenue, Ninth Floor, Los Angeles, California 90071-1706.

On March 30, 2017, I served a copy of the foregoing document, described as: **[PROPOSED] RENEWAL OF JUDGMENT BY CLERK**

**on defendants, addressed as follows:**

| | |
|---|---|
| Kevin Orlando Quarles<br>(address redacted)<br>Los Angeles, CA 90056 | Unimax Construction, a partnership<br>10124 South Broadway<br>Los Angeles, CA 90003 |
| Rafer Odell Quarles<br>(address redacted)<br>Los Angeles, CA 90018 | Precision Builders, a partnership<br>10124 South Broadway<br>Los Angeles, CA 90003 |

in said action, by placing [X] a true copy thereof, [ ] an original enclosed in sealed envelope(s).

**[X] (BY DEPOSIT FOR COLLECTION)** I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing. Under that practice, mail would be deposited with the United States Postal Service on that same day with postage thereon fully prepared at Los Angeles, California in the ordinary course of business. Following ordinary business practices, I caused such envelope(s), with postage thereon fully prepaid to be placed for collection and mailing.

I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

**Executed on March 30, 2017, at Los Angeles, California.**

**[X] (FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____<br>Lucy J. Moure-Pasco